USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELISSA TIBURCIO,

                      Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

18 Civ. 7384 (RWL)

ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to 42 U.S.C. 406(b), Plaintiff's counsel has applied for an award of attorneys' fees following successfully obtaining previously denied social security benefits for his client. The benefits obtained exceeded $62,000. The maximum permissible recovery – 25% of that amount (which is also the amount contracted for between attorney and client in their retainer agreement) – is over $15,000. Counsel previously received $6,000 in connection with his work for the client at the agency level. Counsel now requests attorneys' fees in the amount of $5,500, well below the 25% maximum (even when added to the $6,000 previously received), but well in excess of the attorney's "lodestar" fee. Given that the amount sought is well below the 25% maximum and amount contracted for, and that counsel proceeded on contingency – which necessarily needs to account for cases that do not succeed – the Court finds the requested amount reasonable. Accordingly, Plaintiff's counsel is awarded $5,500 in attorneys' fees. Upon receipt of that sum, Plaintiff's counsel shall remit to Plaintiff the previous fees received under the Equal Access to Justice Act in the amount of $775.50.

The Clerk is respectfully requested to terminate the motion at Dkt. 19.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   January 21, 2020
         New York, New York

Copies transmitted this date to all counsel of record.